No. 9854. JANUARY 16, 1934.

*O. Lee White,* for plaintiff.
*Hall & Jones* and *A. H. Freeman,* for defendants.

### STAFFORD *v.* CITY OF VALDOSTA.

RUSSELL, C. J. Since this case raises only a question as to the constitutionality of a municipal ordinance of the City of Valdosta, the Court of Appeals has jurisdiction, and the Supreme Court has no jurisdiction, to decide the questions raised by the bill of exceptions. The ruling in this

case is controlled by the decision in *Thompson* v. *Atlanta*, 176 *Ga.* 489 (168 S. E. 312).

*Transferred to Court of Appeals. Beck, P. J., and Atkinson, Gilbert, and Bell, JJ., concur.*

No. 10028. JANUARY 16, 1934.

*H. B. Edwards,* for plaintiff in error.
*Franklin & Langdale* and *H. C. Eberhardt,* contra.